CR-83-295-G
MBD-05-10263-WGY

## Petiton Motion To Expunge Criminal Record

I hereby petition the court with the motion to expunge my criminal record. This case was before Judge Arthur Garrity. The docket #8329515 and #83291515A. The court was Boston Federal and offense was conspiracy to conduct illegal gaming. These offenses were over 20 years ago and I believe I have lead a good life raising three children with my wife in Dorchester. I am active in church and community programs. My parish is St.Gregory's were I have volunteered coaching C.y.o Basketball and an presently active helping as an usher. In the community I have been coaching baseball Cedar Grove Little League for the past 19 years. I have also done volunteer work at the Col. Marr Boy's and Girl's Club in Dorchester. Being able to have my record expunged would enable me to pursue several employment oppurtunties that I am interested in. Thank You

Paul O'Malley
94 Richmond Street
Dorchester, Ma 02124
d.o.b 1/22/49

RECEIVED U.S. ATTORNEY BOSTON, MASS. JUN 1 11 05 AM '05

July 4, 2005

Motion denied for the reasons set forth in the government's memorandum.

William G. Young
Chief Judge

ARRAIGNMENT:
ARG DATE: 11/30/1983   PD:           COURT: BOSTON FEDERAL              DKT#:    8329515
OFF: CONSPIRACY                             COND ILL GAM B              CONSP
DISP: C 9/10/84 2YR CMTD SS PROB 2YR (CNT 11)                           STATUS: C    WPD:

ARRAIGNMENT:
ARG DATE: 11/30/1983   PD:           COURT: BOSTON FEDERAL              DKT#:    8329515A
OFF: CONSPIRACY                             COND ILL GAM B              CONSP
DISP: C 9/10/84 2YR CMTD SS PROB 2YR (CNT 12)                           STATUS: C    WPD:

St. Gregory Parish

April 7, 2005

To Whom It May Concern:

As Pastor of St. Gregory's Parish in Dorchester for the past 24 years, I have come to know a very good man who is a faithfilled parishioner. Maybe we struck up a close relationship since both of us came originally from Jamaica Plain. Paul O'Malley, together with his wife and family, live right behind the parish school.

I have found Paul to be very close to the children, having coached their teams, and taken a leadership role in supporting the leagues in which his children excelled. Together with his wife, Paul is ever ready to take the grandchildren for a walk, as well, with a smile on his face that offers full attention and love for the newest addition to the family.

Paul serves as an usher at St. Gregory's, always dependable for his assignments, and greets our seniors with a gracious sense of reverence and the youth with a true welcome and smile. Paul is real and grateful for the encouragement that enabled him to know of the peace and inner strength given to one who loves the ways of the Lord.

Paul O'Malley is a Catholic gentleman and I am pleased to know him as a friend.

Thanking you for your cooperation.

Sincerely yours,

Rev. Msgr. Paul T. Ryan

# CEDAR GROVE BASEBALL

April 1, 2005

To Whom It May Concern:

I write this letter to unknown recipients to attempt to quantify and catalogue the assistance and volunteerism that Paul O'Malley has given to the Cedar Grove Baseball. It is a difficult task as Mr. O'Malley does not talk about himself and knows that little league baseball is completely about children and that parents and coaches are there to guide and assist each and every one of them.

Mr. Paul O'Malley had been a fixture in Cedar Grove Baseball before I became the president about ten years ago and to the best of our knowledge Paul has been coaching for 16 to 18 years. He is one of the cornerstone coaches in the league that truly loves the interaction with the children and, although he may not admit it, believes that it keeps him younger both mentally and physically.

Although he would blush if he heard me say it, I have consistently stated that Paul O'Malley epitomizes what a good little league coach should be and has set the standard, an extremely high standard, in Cedar Grove Baseball. His dedication to the children is without question and he treats each and every child exactly the same. Whether star player or challenged athlete, each child knows that MR. O'MALLEY cares. His anecdotal "you have to work harder, for the team" imparts to each child that they are indeed part of a group and must work to the benefit of the group rather than the individual.

Throughout the length of his coaching career Paul O'Malley has shown countless numbers of children that the score in life may not always work in your favor and that sometimes things just don't go your way. He has also shown them that it is the effort that each child brings to the field that is the important factor in baseball….and in LIFE.

Simply put, the children of Cedar Grove Baseball are better athletes, people and citizens from having had the experience of knowing Coach Paul O'Malley.

I consider it an honor to call him my friend.

Sincerely,

*Tom Leahy* (signature)

Tom Leahy
President
Cedar Grove Baseball

35 OAKTON AVENUE
DORCHESTER, MA 02122